BWW#: IL-306406

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

IN RE:  Case No.: 16-61183-RBC

REBECCA A. STRANGE  Chapter: 7

    Debtor

_____

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Karl A. Moses, Jr. and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of CITIMORTGAGE, INC., in the above-captioned case and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Karl A. Moses, Jr  
BWW Law Group, LLC  
8100 Three Chopt Road, Suite 240  
Richmond, VA 23229  
(804) 282-0463 (phone)  
(804) 282-0541 (facsimile)  
bankruptcy@bww-law.com  

Dated: July 29, 2016                            Respectfully Submitted,  
                                                 BWW Law Group, LLC

                                                 */s/ Karl Anthony Moses, Jr.*  
                                                 Karl A. Moses, Jr., VSB# 89433  
                                                 BWW Law Group, LLC  
                                                 8100 Three Chopt Road, Suite 240  
                                                 Richmond, VA 23229  
                                                 (804) 282-0463 (phone)  
                                                 (804) 282-0541 (facsimile)  
                                                 bankruptcy@bww-law.com  
                                                 *Attorney for CITIMORTGAGE, INC.*

## CERTIFICATE OF SERVICE

      I certify that on this 29th day of July, 2016, the following person(s) were or will be served a copy of the foregoing NOTICE OF APPEARANCE via the CM/ECF system or by first class mail, postage prepaid:

Hannah W. Hutman, Trustee
342 S. Main Street
Harrisonburg, VA 22801

Stephen E. Dunn, Esq.
201 Enterprise Drive, Suite A
Forest, VA 24551

Rebecca A. Strange aka Rebecca A. Frantz
1121 Nichols Farm Road
Huddleston, VA 24104

Rebecca A. Strange aka Rebecca A. Frantz
430 S Elm St.
Waterman, IL 60556


                                                    */s/ Karl Anthony Moses, Jr.*
                                                    Karl A. Moses, Jr.