**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
Lynchburg Division

| | |
|---|---|
| IN RE:<br>REBECCA A. STRANGE<br>    Debtor<br>_____<br>CITIMORTGAGE, INC.<br>    Movant<br>v.<br>REBECCA A. STRANGE<br>    Debtor/Respondent<br>and<br>HANNAH W. HUTMAN<br>    Trustee/Respondent | Case No. 16-61183-RBC<br><br>Chapter 7 |

### ORDER TERMINATING THE AUTOMATIC STAY

This matter comes before the Court on the Motion for Relief from Automatic Stay, filed on August 10, 2016 (the "Motion") on behalf of CitiMortgage, Inc.(the "Movant"), by counsel.

WHEREAS, the Court entered a Pre-Hearing Order on August 11, 2016 (the "Pre-Hearing Order"), which Pre-Hearing Order provides that the failure of any respondent to the Motion to file a responsive pleading within fourteen (14) days of the entry of the Pre-Hearing Order shall be deemed consent by the non-responding party to the relief requested in the Motion and a waiver of any further notice or opportunity for hearing; and

WHEREAS, neither Rebecca A. Strange (the "Debtor") nor the trustee of the Debtor's estate have filed a responsive pleading opposing the Motion within fourteen (14) days of the entry of the Pre-Hearing Order; and

WHEREAS, the Trustee filed a Report of No Distribution on July 27, 2016;

NOW THEREFORE, it is hereby

### O R D E R E D

that the automatic stay in this case shall be and the same is TERMINATED, pursuant to 11 U.S.C. § 362(d), to permit the Movant to take such action as may be necessary to enforce the lien of its Deed of Trust encumbering the real property known as 430 S Elm Street, Waterman, IL 60556-9788 (the "Property"), including the initiation of foreclosure proceedings and commencement of any action to obtain possession of the Property as permitted by applicable state law. The Property is more particularly described as follows:

_____
Karl A. Moses, Jr., VSB# 89433
8100 Three Chopt Road, Suite 240
Richmond, VA  23229
(804)282-0463 (phone)
(804)282-0541 (facsimile)
*Attorney for the Movant*

THAT PART OF LOT "B" OF THE CONGDON FARM PLAT OF THE SOUTHWEST QUARTER OF SECTION 15, TOWNSHIP 38 NORTH, RANGE 4 EAST OF THE THIRD PRINCIPAL MERIDIAN, DESCRIBED AS FOLLOWS: COMMENCING AT THE NORTHEAST CORNER OF LOT "D" OF SAID CONGDON FARM PLAT; THENCE SOUTHERLY, ALONG THE EAST LIN OF THELOT "D" OF SAID CONGDON FARM PLAT, 102.06 FEET TO THE POINT OF BEGINNING; THENCE EASTERLY, AT AN ANGLE OF 90 DEGREES 07` 35", MEASURED CLOCKWISE FROM SAID EAST LINE, 106.98 FEET; THENCE NORTHWESTERLY, AT AN ANGLE OF 56 DEGREES 09` 53", MEASURED CLOCKWISE FROM THE LAST DESCRIBED COURSE, 115.54 FEET, THENCE WESTERLY, AT AN ANGLE OF 121 DEGREES 44` 34", MEASURED CLOCKWISE FROM THE LAST DESCRIBED COURSE, 46.25 FEET TO THE POINT OF BEGINNING, ALL IN DEKALB COUNTY, ILLINOIS.
AND
LOT D (EXCEPT THE NORTH 102 FEET) OF CONGDON PLAT OF THE SOUTHWEST 1/4 OF SECTION 15, TOWNSHIP 38 NORTH, RANGE 4, EAST OF THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED IN BOOK "G" OF PLATS, PAGE 107 AS DOCUMENT NUMBER 197593 IN DEKALB COUNTY, ILLINOIS.

    IT IS ORDERED.

Date:  8/31/16

*/s/ Rebecca B Connelly*
Judge, U.S. Bankruptcy Court
for the Western District of VIRGINIA
Lynchburg Division
Entered on Docket: _____

**I ASK FOR THIS:**
 */s/ Karl Anthony Moses, Jr.*
Karl A. Moses, Jr., VSB# 89433
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA  23229
(804)282-0463 (phone)
(804)282-0541 (facsimile)
Counsel for the Movant

## CERTIFICATION

    I HEREBY CERTIFY that the foregoing proposed Order Terminating the Automatic Stay has been or will be mailed via first-class mail, postage prepaid, to all necessary parties set forth below.

                                         */s/ Karl Anthony Moses, Jr.*
                                         Karl A. Moses, Jr.

Copy to:

BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804)282-0463 (phone)
(804)282-0541 (facsimile)
Counsel for the Movant

Stephen E Dunn, Esq.
201 Enterprise Drive, Suite A
Forest, VA 24551

Hannah W. Hutman, Trustee
342 S. Main Street
Harrisonburg, VA 22801

Rebecca A. Strange
430 S Elm Street
Waterman, IL 60556-9788

Rebecca A. Strange
1121 Nichols Farm Road
Huddleston, VA 24104

**END OF ORDER**